UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| CHAREE STEWART, | ) Case No.: 15-cv-12602 |
| | ) Hon. George Caram Steeh |
| Plaintiff, | ) Mag. Judge David R. Grand |
| | ) |
| vs. | ) |
| | ) |
| EXETER FINANCE CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

| | |
|---|---|
| Mark L. Small (P26976) | Megan P. McKnight (P70428) |
| Attorney for Plaintiff | Attorney for Defendant |
| MARK L. SMALL PLC | PLUNKETT COONEY |
| 656 W. Frank St. | 38505 Woodward Ave., Suite 2000 |
| Birmingham, MI  48009 | Bloomfield Hills, MI  48304 |
| (248) 376-3110 | (248) 901-4000 |
| msmall@smallslaw.com | mmcknight@plunkettcooney.com |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Charee Stewart and Defendant Exeter Finance Corp., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED**

Dated:  January 19, 2016          s/George Caram Steeh
                                                    U.S. District Judge

Approved as to form and content for entry:

/s/ Mark L. Small (by MPM w/permission)          /s/ Megan P. McKnight
Mark L. Small (P26976)                           Megan P. McKnight (P70428)
Attorney for Plaintiff                           Attorney for Defendant